| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Bennington Unit | | Case No. 24-CV-02372 |
| 207 South St | | |
| Bennington VT  05201 |  | **USDC - DVT** |
| 802-447-2700 | | **2:24-cv-1198** |
| www.vermontjudiciary.org | | |

**Maryam Zenali, MD v.  Dartmouth-Hitchcock Clinic Corporation et al**

## ENTRY REGARDING MOTION

Title:         Motion to Amend Complaint (Motion: 4)
Filer:         Adam Waite
Filed Date:    August 29, 2024

Plaintiff Maryam Zenali, MD seeks to amend her complaint to withdraw certain claims and to add certain others.

Defendant Dartmouth-Hitchcock Clinic, Corp. ("DHC") has answered the original complaint. Defendant Southwestern Vermont Medical Center, Inc. (""SVMC'") has moved to dismiss the original complaint.

By memorandum filed on the same day as the motion to amend, plaintiff opposes the motion to dismiss.

By rule, SVMC may reply to that opposition.

To avoid piecemeal consideration of the issues surrounding the motions to dismiss and to amend, the court will defer ruling on the motion to dismiss until the defendants have had an opportunity to address the motion to amend, and plaintiff to reply to any opposition.

The court expects to be able to rule on both motions after both have been briefed.

**Signed Electronically on September 3, 2024 pursuant to V.R.E.F. 9(d).**

_____
**David Barra**
**Superior Court Judge**